UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

JONATHON LEE HUDSON,

    Petitioner,

v.

Case No. 1:11-cv-415
Hon. Robert J. Jonker

JOHN PRELESNIK,

    Respondent.

_____/

**ORDER**

The habeas petition filed in this action (docket no. 1) is in actuality an amended habeas petition in the matter of *Jonathon Lee Hudson v. Willie Smith*, 1:07-cv-1155, an earlier habeas action which was held in abeyance and administratively closed on March 26, 2009. The Clerk's Office inadvertently opened the present case based upon this petition. Accordingly, the Clerk's Office is directed to **RE-FILE** the habeas petition in this action (docket no. 1) as an amended petition in *Jonathon Lee Hudson v. Willie Smith*, 1:07-cv-1155 and **CLOSE** this action.

**IT IS SO ORDERED.**

Dated: April 29, 2011
        /s/ Hugh W. Brenneman, Jr.
        HUGH W. BRENNEMAN, JR.
        United States Magistrate Judge